1

2

3

4

5

6

7            **UNITED STATES DISTRICT COURT**

8           **EASTERN DISTRICT OF CALIFORNIA**

9

10    SANDIPKUMAR TANDEL,                    )    **CASE NO. 2:09-CV-00842 MCE GGH**
                                             )
11            Plaintiff                      )    **ORDER REGARDING DEFENDANT**
                                             )    **COUNTY OF SACRAMENTO'S EX**
12    v.                                     )    **PARTE APPLICATION FOR**
                                             )    **EXTENSION OF TIME TO FILE AND**
13    COUNTY OF SACRAMENTO, et al.           )    **SERVE RESPONSIVE PLEADING**
                                             )
14            Defendants.                    )
                                             )
15                                           )
                                             )
16    _____ )

17            DEFENDANT COUNTY OF SACRAMENTO has filed a request for an extension of

18    time to file and serve a responsive pleading to plaintiff's Complaint filed on March 26, 2009.

19    Good cause appearing, IT IS HEREBY ORDERED that defendant County of Sacramento is

20    granted an extension of time, up to and including June 26, 2009, in which to respond to

21    plaintiff's Complaint.

22            **IT IS SO ORDERED.**

23     Dated:  June 1, 2009

24

25                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
26

27

28