UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL, | CASE NO. 2:09-CV-00842 MCE GGH |
| Plaintiff | ORDER ON STIPULATION REGARDING EXTENSION OF TIME REGARDING SERVICE OF SUMMONS AND COMPLAINT, FILING AMENDED COMPLAINT AND FILE AND SERVICE OF RESPONSIVE PLEADINGS |
| v. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

Plaintiff, Sandipkumar Tandel and Defendants, County of Sacramento, Sheriff John McGinness, individually and in his official capacity, Ann Marie Boylan, individually and in her official capacity, Tom Smith, M.D., and Asa Hambly, M.D. have filed a stipulation regarding an extension of time regarding service of summons and complaint, filing an amended complaint and the file and service of responsive pleadings.  Good cause appearing, IT IS HEREBY ORDERED:

1. That Defendants Sheriff John McGinness and Ann Marie Boylan will voluntarily appear at the time that responsive pleadings are filed on behalf of the County of Sacramento, Tom Smith, M.D., and Asa Hambly, M.D.;

2. Defendant County of Sacramento's responsive pleading, which was due on June 26, 2009, is continued to twenty (20) days after plaintiff files and serves his first amended complaint;

3. Plaintiff's first amended complaint shall be filed on or before July 27, 2009; and

4. That the last day to complete service on all parties is extended to August 27, 2009.

**IT IS SO ORDERED**.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE