1

**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION

2   Norman V. Prior,  SBN 125457
    Heath T. Langle, SBN 242389

3   350 University Avenue, Suite 200
    Sacramento, California 95825

4   TEL: 916.929.1481
    FAX: 916.927.3706

5

    Attorneys for Defendant

6   EVALYN HOROWITZ, M.D.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10                     **SACRAMENTO DIVISION**

11

12   SANDIPKUMAR TANDEL,                    Case No. 2:09-CV-00842 MCE GGH

13          Plaintiffs,                     ORDER REGARDING STIPULATION
                                            REGARDING EXTENSION OF TIME
14   v.                                     REGARDING SERVICE OF SUMMONS
                                            AND COMPLAINT, FILING AMENDED
15   COUNTY OF SACRAMENTO, et al.,          COMPLAINT, AND FILE AND SERVICE OF
                                            RESPONSIVE PLEADINGS
16          Defendants.
     _____/

17

18        Plaintiff, Sandipkumar Tandel, and Defendant, Evalyn Horowitz, M.D., have filed a

19   stipulation regarding an extension of time regarding service of summons and complaint, filing an

20   amended complaint and the file and service of responsive pleadings.  Pursuant to that stipulation and

     good cause appearing, IT IS HEREBY ORDERED:

21

22        1.   That Defendant Evalyn Horowitz, M.D. will voluntarily appear at the time that

23             responsive pleadings are filed.

24        2.   Evalyn Horowitz, M.D.'s responsive pleading, currently due on July 20, 2009, is

25             continued to twenty (20) days after plaintiff files and serves his first amended complaint;

26        3.   Plaintiff's first amended complaint shall be filed on or before July 27, 2009; and

27

28
     _____
                                        1

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00701954.WPD

1    4.   That the last day to complete service on all parties is extended to August 27, 2009.

2    **IT IS SO ORDERED.**

3    Dated:  July 24, 2009

4

5    _____
     MORRISON C. ENGLAND, JR.
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P O R T E R | S C O T T
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

[PROPOSED] ORDER STIPULATION REGARDING EXTENSION OF
TIME REGARDING SERVICE OF SUMMONS AND COMPLAINT, FILING
AMENDED COMPLAINT, AND FILE AND SERVICE OF RESPONSIVE PLEADINGS

00701954.WPD