LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510
Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento,
Sheriff John McGinness, AnnMarie Boylan,
Tom Smith, M.D., Asa Hambly, M.D., and Hank Carl, R.N.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDIPKUMAR TANDEL, | CASE NO. 2:09-cv-00842 MCE GGH |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

The undersigned parties, which includes all parties to the above-entitled action, through counsel, hereby STIPULATE and AGREE and jointly respectfully request modification of the Court's March 18, 2010 Pretrial Scheduling Order, for good cause as discussed herein.

In its March 18, 2010 Pretrial Scheduling Order, the Court set forth discovery deadlines as follows:

<u>Non-Expert Discovery</u>: completed by May 19, 2011

<u>Parties' designation of expert witnesses</u>: completed by July 18, 2011

<u>Parties' designation of rebuttal expert witnesses</u>: completed by August 18, 2011

<u>Deadline for filing dispositive motions</u>:  July 14, 2011

<u>Final Pretrial Conference</u>:  January 26, 2012, 2:00 p.m.

<u>Trial</u>:  March 19, 2012

The designation and preparation of expert witnesses requires that Plaintiff's and Defendants' expert witnesses have access to a complete record of discovery, including the complete depositions of Plaintiff, various custody staff and certain of Plaintiff's medical providers. Furthermore, Defendants' experts must perform an independent medical evaluation of Plaintiff, which will provide Defendants experts information for their use in establishing Plaintiff's disability and future medical and rehabilitation needs.

Plaintiff has been diagnosed with Neuromyelitis Optica (NMO), an autoimmune, inflammatory disorder that attacks the optic nerves and spinal cord.  When Defendants first attempted to notice Plaintiff's deposition in November of 2009, Defendants were informed that Plaintiff was too ill to provide testimony at that time.  When the scheduling of Plaintiff's deposition resumed, Defendants were informed that due to Plaintiff's medical condition, Plaintiff's deposition must be limited to 1-2 hour sessions.  After all parties met and conferred for the first three sessions of Plaintiff's deposition, Defendants noticed Plaintiff's deposition for March 23-25, 2010 for an hour to two hours each session.  Because Plaintiff was re-incarcerated the day before his scheduled deposition, Plaintiff's deposition did not go forward.

Defendants took the first session of Plaintiff's deposition on April 14, 2010 and the second session on May 5, 2010.  On May 10, 2010, plaintiff suffered a recurrence of NMO and was hospitalized.  The third session of Plaintiff's deposition was completed on September 6, 2010.  Since April 14, 2010, Defendants have completed four sessions and anticipate one more session to complete Plaintiff's deposition.

During the fourth session of Plaintiff's deposition on January 31, 2011, when Defendants were making arrangements to complete Plaintiff's deposition and have Plaintiff scheduled for an independent medical evaluation, Defendants were informed that Plaintiff was leaving the country to seek additional medical treatment in India and would not return to the United States until May 26, 2011.  As a result, the parties agreed to modify the scheduling order to accommodate Plaintiff's medical treatment and Defendants' independent medical evaluation of Plaintiff and subsequent expert work-up of the case.

The parties hereby request and stipulate that the Court's March 18, 2010 Pretrial Scheduling Order be modified as follows:

<u>Non-expert Discovery</u>: completed by July 18, 2011

<u>Parties' designation of expert witnesses</u>: completed by September 19, 2011

<u>Parties' designation of rebuttal expert witnesses</u>: completed by October 10, 2011

<u>Dispositive Motions</u>

    Plaintiff's dispositive motion: filed by 4:00 p.m. on October 27, 2011

    Defendants' opposition and cross motion: filed by 4:00 p.m. on November 17, 2011

    Plaintiff's reply and opposition: filed by 4:00 p.m. on December 22, 2011

    Defendants' reply: filed by 4:00 p.m. on January 12, 2012

    Hearing on Dispositive motions: by 2:00 p.m. on January 19, 2012

<u>Joint Final Pretrial Statement</u>: filed by April 12, 2012

<u>Trial Brief</u>: filed by April 19, 2012

<u>Evidentiary or Procedural Motions</u>: filed by April 26, 2012

    Opposition: filed by May 10, 2012

    Reply: filed by May 17, 2012

<u>Final Pretrial Conference</u>: on May 24, 2012 at 2:00 p.m.

<u>Trial</u>: June 25, 2012

**IT IS SO STIPULATED.**

Date:   April 6, 2011                    LAW OFFICES OF GERI LYNN GREEN, LC

                                        By:  /s/ Geri Lynn Green                  .
                                              GERI LYNN GREEN
                                              Attorney for Plaintiff

Date:   April 6, 2011                    LONGYEAR, O'DEA & LAVRA, LLP

                                         By: /s/ Jennifer Marquez            .
                                             JENNIFER MARQUEZ
                                             Attorney for Defendants County of
                                             Sacramento, Sheriff John McGinness,
                                             AnnMarie Boylan, Tom Smith, M.D., Asa
                                             Hambly, M.D., and Hank Carl, R.N.

Date:   April 6, 2011                    PORTER SCOTT

                                         By: /s/ Norm Prior
                                             NORM PRIOR
                                             Attorney for Defendants
                                             Evalyn Horowitz, MD and
                                             Chris Smith, MD

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor, the currently scheduled trial date of March 19, 2012 is hereby continued to June 25, 2012 at 9:00 a.m. in Courtroom 7.  An amended Pretrial Scheduling Order will be issued setting forth other applicable deadlines consistent with that continued trial date.

IT IS SO ORDERED.

DATED: April 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE