**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Norman V. Prior, SBN 125457
Sara A. H. Sayles, SBN 257663
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
EVALYN HOROWITZ, M.D. and CHRIS SMITH, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SHERIFF JOHN McGINNESS, individually and in his official capacity as Sacramento County Sheriff, ANN MARIE BOYLAN, individually and in her official capacity as Chief of Sacramento County Jail Correctional Health Services, ASA HAMBLY, M.D., individually and in her official capacity as Acting Medical Director of Sacramento County Jail Correctional Health Services, CHRIS SMITH, M.D., individually and in his official capacity, EVELYN HOROWITZ, M.D., individually and in her official capacity, THOMAS SMITH, M.D., individually and in his official capacity, HANK CARL, RN individually an in his official capacity, and DOES II, IV-X, and XII - XXX,<br><br>　　　　Defendants.<br>_____/ | Case No. 2:09-CV-00842 MCE GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EVALYN HOROWITZ, M.D.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SANDIPKUMAR TANDEL, Defendants COUNTY OF SACRAMENTO, ET AL., and Defendants EVALYN HOROWITZ, M.D. and CHRIS SMITH, M.D., by and through their undersigned counsel, that

1

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant EVALYN HOROWITZ, M.D. be dismissed with prejudice, each party to bear its own attorney fees and costs.

                                                Respectfully submitted,

Dated: April 18, 2011                     PORTER SCOTT
                                           A Professional Corporation

                                           By       /s/
                                                  Norman V. Prior
                                                  Sara A. H. Sayles
                                                  Attorneys for Defendants
                                                  EVALYN HOROWITZ, M.D. and
                                                  CHRISTOPHER SMITH, M.D.

Dated: April 20, 2011                     LONGYEAR, O'DEA & LAVRA, LLP

                                           By       /s/
                                                 Van Longyear
                                                 Jennifer Marquez
                                                 Attorneys for Defendants
                                                 COUNTY OF SACRAMENTO,
                                                 ET AL.

Dated: April 13, 2011                     LAW OFFICES OF GERI LYNN GREEN

                                           By       /s/
                                                 Geri L. Green
                                                 Dennise S. Handerson
                                                 Attorneys for Plaintiff
                                                 SANDIPKUMAR TANDEL

**IT IS SO ORDERED.**

Dated: April 21, 2011

                                             MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE