GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green <sub>LC</sub>
155 Montgomery Street Suite 901
San Francisco CA 94104
Tel: (415) 982.2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

DENNISE S. HENDERSON (SBN 208640)
Law Office of Dennise S. Henderson
1903 Twenty First St.
Sacramento, CA 95811
Tel: (916) 456-2027
Fax: (916) 456-2035
dennisehenderson@comcast.net

Attorneys for Plaintiff
SANDIPKUMAR TANDEL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>    Defendants. | Case No. 2:09-CV-00842-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THOMAS SMITH, M.D.** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SANDIPKUMAR TANDEL, Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, ANN MARIE BOYLAN, THOMAS SMITH, M.D., ASA HAMBLY, M.D., HANK CARL and Defendants EVALYN HOROWITZ, M.D. and CHRIS SMITH, M.D., by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), that Defendant THOMAS SMITH, M.D. be dismissed with prejudice, each party to bear its own attorney fees and costs.

//

CASE NO. 2:09-CV-00842-MCE-GGH

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF THOMAS SMITH, M.D.

1

1           Respectfully submitted,

2  DATED: April 18, 2011                    LAW OFFICES OF GERI LYNN GREEN, LC

3                                            By: _____/s_____
4                                                Geri Lynn Green
                                                 Attorney for Plaintiff
5                                                Sandipkumar Tandel

6

7  DATED: April 20, 2011                    LONGYEAR, O'DEA & LAVRA, LLP

8                                            By: _____/s_*_____
9                                                Van Longyear
                                                 Jennifer Marquez
10                                               Attorneys for Defendants
                                                 County of Sacramento, Sheriff John McGinness, Ann
11                                               Marie Boylan Thomas Smith, M.D., Asa Hambly,
12                                               M.D., Hank Carl, RN

*electronic signature used with approval.
13
           **IT IS SO ORDERED.**
14

15

16  Dated: April 22, 2011

17                                           _____
                                             MORRISON C. ENGLAND, JR.
18                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---